IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILBUR GREEN,

    Plaintiff,

  v.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.,

    Defendants.

No. C 16-05679 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Experian Information Solutions, Inc., and Equifax, Inc., and against Wilbur Green. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: April 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE